UNITED STATES of America,
Plaintiff–Appellee,

v.

Derrol Ray SHAW, a.k.a. Ray,
Defendant–Appellant.

No. 07–11803
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 5, 2008.

David K. McWhorter, Gadsden, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Derrick Collins, appointed counsel for Derrol Ray Shaw in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Shaw's convictions and sentences are **AFFIRMED.**